# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL ACTION** |
| | : | **NO. 07-CR-0040-02** |
| | : | |
| **vs.** | : | |
| | : | **CIVIL ACTION** |
| **CONCETTA JACKSON** | : | **NO. 11-CV-3343** |

## O R D E R

**AND NOW,** this   8th     day of June 2012, upon careful consideration of the

defendant's motion to vacate, set aside, or correct her sentence pursuant to 28 U.S.C. §

2255 (Document #242), and the government's motion to dismiss (Document #246), IT IS

HEREBY ORDERED that:

(1)    The government's motion to dismiss the petition is GRANTED.

(2)    Miss Jackson's waiver of her right to challenge her conviction and/or
sentence collaterally is ENFORCED.

(3)    Accordingly, Miss Jackson's petition for relief pursuant to 28 U.S.C. §
2255 is DISMISSED.

(4)    There is no probable cause to issue a certificate of appealability.

(5)    The Clerk of the Court shall mark this case CLOSED for all purposes.


BY THE COURT:


 /s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.