IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| vs. | : | NO. 07-0040-02 |
| | : | |
| CONCETTA M. JACKSON | : | |

## **O R D E R**

**AND NOW,** this 5th day of September, 2013, upon consideration of the defendant's *pro se* requests to reverse the "no contact with her children" provision of her sentence (Documents #248 and #260), and the response of the government thereto (Document #256), IT IS HEREBY ORDERED that the requests are DENIED.

BY THE COURT:


 /s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.